UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CASE NO. 02-68313-TJT
ELLAWEZE LESLIE  CHAPTER 13 PROCEEDINGS
 HON. THOMAS J. TUCKER

_____Debtor_____

# NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ELLAWEZE LESLIE<br>2724 W BUENAVISTA<br>DETROIT, MI 48238-0000<br>SSN: XXX-XX-5273 | N/A | N/A | DEBTOR REFUND | 1023726 | 1/23/08 | $ 1,892.83 |

DATED: February 06, 2008

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    8273201
DETROIT, MICHIGAN 48231-1930

00000  017414  1023726
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

*OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT*

Date: 01/23/2008                                                    Check No: 1023726
Payee: CLERK OF US BANKRUPTCY COURT

| 0268313 | ELLAWEZE LESLIE | | | | 1,892.83 | 0.00 | 1,892.83 |
|---|---|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |
| | | | | | 5,077.31 | 0.00 | 5,077.31 |
| | ACCT: | CLAIM: 00000 TYPE: | | Balance: | | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.    CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY         OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT      84-79      CHECK NO. 1023726
TRUSTEE                P.O. BOX 31-1930                                611
                       Detroit, MI 48231-1930                                    SunTrust Bank
                       (313)967-9857 FAX

FOR                                                                              DATE Jan 23, 2008

    PRIN:  6,970.14   INT:    0.00                                               AMOUNT
                                                                                 ******6,970.14

PAY  **6,970.14**                                                                THIS IS A POSITIVE PAY ACCOUNT
                                                                                 TRUST ACCOUNT
Six Thousand Nine Hundred Seventy And 14 / 100 Dollars
                                                                                 VOID OVER $6,970.14
                                                                                 VOID 90 DAYS AFTER DATE
TO      CLERK OF US BANKRUPTCY COURT
THE     % DAVID BOICE/ UNCLAIMED
ORDER   211 W FORT ST                                                            *Tammy L. Terry*
OF      DETROIT, MI 48226                                                        Chapter 13 Trustee

⑈1023726⑈  ⑆061100790⑆ 000000575151611⑈